UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Joy Lee, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10285-DRH |
| *Anna Reed v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11987-DRH |
| *Katherine Stefaniak v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13067-DRH |
| *Jennifer Borch v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10189-DRH |
| *Alexis Carrier v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11355-DRH |
| *Serena Coleman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11623-DRH |
| *Frances Colville v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10779-DRH |
| *Christina Hansen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11869-DRH |
| *Martin Lipps v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12064-DRH |
| *Donna Pape v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13433-DRH |
| *Kimberly Phillips v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10905-DRH |
| *Lisa Westall, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11455-DRH |
| *Kristen White v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10413-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 24, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                            **JUSTINE FLANAGAN,**
                                            **ACTING CLERK OF COURT**

                                            BY:   */s/Caitlin Fischer*
                                                               **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.03.25 14:22:22 -05'00'

APPROVED:
       DISTRICT JUDGE
       U. S. DISTRICT COURT